UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL R. WILSON,** | ) | **CASE NO.  5:09CV130** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | **MEMORANDUM OPINION AND ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |

This matter is an action to review a final decision of the Commissioner of Social Security denying Plaintiff's ("Wilson") application for period of disability and disability insurance benefits under 42 U.S.C. §§ 416(i), 423.  On January, 21, 2009, pursuant to L.R. 72.2, this matter was automatically referred to Magistrate Judge Greg White for preparation of a report and recommendation ("R&R").  (Dkt. # 5).

On January 7, 2010, Magistrate Judge White issued the R&R, recommending that this Court affirm the decision of the Commissioner of Social Security.  (Dkt. # 19).  FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (14) days after service.  Wilson has failed to file any such objections.

Therefore, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Thus, the Report and Recommendation of Magistrate Judge White is hereby **ADOPTED**. (Dkt. # 19). Accordingly, this matter is **DISMISSED**.

**IT IS SO ORDERED**.

/s/ Peter C. Economus – January 25, 2010
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**